IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00277–EWN–OES

DR. ALEX LEHUANCUA,

    Plaintiff,

v.

COLORADO STATE BOARD OF DENTAL EXAMINERS,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation for Dismissal" filed December 12, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendant's Motion to Dismiss is GRANTED in part and deemed moot in part. This case is dismissed without prejudice in its entirety based upon a lack of subject jurisdiction.

DATED this 3rd day of January, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge